IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFERY J. DAVIS, | ) |
| Plaintiff, | ) Case No. 3:08-0333 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 11) recommending that this case be dismissed without prejudice for failure to prosecute, per Federal Rule of Civil Procedure 41(b). Plaintiff has not filed a motion for judgment in this case. Accordingly, the Court hereby **ACCEPTS** the Magistrate's Report and **DISMISSES** this action **without prejudice**.

It is so ORDERED.

Entered this ___10th___ day of December, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT